1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LONNIE WILLIAMS,

11            Plaintiff,                No. CIV S-11-0426 GEB EFB P

12        vs.

13   GOMEZ, et al.,

14            Defendants.         FINDINGS AND RECOMMENDATIONS

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  On April 15, 2011, the court determined that plaintiff's amended complaint did

18   not state a cognizable claim for relief against defendants Young, Rocha, Rashid, M. Gomez,

19   Wachter, and Kuppinger.  The court allowed plaintiff 30 days to submit an amended complaint

20   to attempt to state a cognizable claim against these defendants.  On May 2, 2011, plaintiff

21   consented to the dismissal of these defendants without prejudice.

22        Accordingly, IT IS HEREBY RECOMMENDED that defendants Young, Rocha, Rashid,

23   M. Gomez, Wachter, and Kuppinger be dismissed without prejudice.

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, any party may file written

1

1   objections with the court and serve a copy on all parties.  Such a document should be captioned

2   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

3   within the specified time may waive the right to appeal the District Court's order. *Turner v.*

4   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

5   DATED:  May 12, 2011.

7   EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

2