IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

      Plaintiff,                        No. CIV S-11-0426 GEB EFB P

      vs.

GOMEZ, et al.,

      Defendants.             <u>ORDER</u>

/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 15, 2011 the court found that, for screening purposes, plaintiff's complaint stated cognizable claims against a group of defendants. Defendants have not yet been served.

      Plaintiff has filed a motion for a temporary restraining order or preliminary injunction, together with an affidavit stating that she is being poisoned daily by defendants and co-conspirators and is in imminent danger of irreparable harm, injury and death. Dckt. No. 13. Plaintiff's complaint alleges that defendants are poisoning and spitting in her food, which makes her severely ill. Dckt. No. 1 at 4. She has further alleged that defendants have denied her medical care for the poisoning and are not providing her with her HIV medication. *Id.*

////

1

Within seven days of the date of this order defendants shall respond to the *merits* of plaintiff's allegations and address whether the court should grant injunctive relief. *See* Fed. R. Civ. P. 65(d)(2) (order granting an injunction binds parties, officers, agents, servants, employees, and other persons who are in active concert or participation with them).

Plaintiff's motion contains some new claims that were not contained in her original complaint. If plaintiff wishes to proceed on these claims, she must file an amended complaint. Fed. R. Civ. P. 15(a) provides that she may do so as a matter of course within 21 days after the service of defendants' responsive pleading or motion. Plaintiff is cautioned that under Local Rule 220, any amended complaint "shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading."

Accordingly, it is hereby ORDERED that:

1. Defendants are ordered to respond to plaintiff's allegations, as explained above, within seven days of the date of this order.

2. The Clerk of the court shall serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

Dated: May 27, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE