IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

        Plaintiff,                           No. CIV S-11-0426 GEB EFB P

    vs.

GOMEZ, et al.,

        Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On December 21, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

////

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 21, 2011, are adopted in full;

2. Defendants' July 12, 2011 motion to revoke plaintiff's in forma pauperis status is granted;

3. Plaintiff's in forma pauperis status is revoked;

4. Plaintiff is directed to pay the filing fee of $350.00 within thirty days of the date of this order; and

5. Plaintiff is admonished that failure to timely pay the filing fee will result in a recommendation that this action be dismissed.

So ordered.

Dated: February 3, 2012

GARLAND E. BURRELL, JR.
United States District Judge