1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LONNIE WILLIAMS,

11              Plaintiff,                No. CIV S-11-0426 GEB EFB P

12        vs.

13   GOMEZ, et al.,

14              Defendants.              ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19            On December 21, 2011, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days from the

22   date the findings and recommendations were served.  Plaintiff has filed objections to the findings

23   and recommendations.

24            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   ////

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 21, 2011, are adopted in full;

2.  Defendants' July 12, 2011 motion to revoke plaintiff's in forma pauperis status is granted;

3.  Plaintiff's in forma pauperis status is revoked;

4.  Plaintiff is directed to pay the filing fee of $350.00 within thirty days of the date of this order; and

5.  Plaintiff is admonished that failure to timely pay the filing fee will result in a recommendation that this action be dismissed.

So ordered.

Dated:  February 3, 2012

GARLAND E. BURRELL, JR.
United States District Judge

2