UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS, | No. 2:11-cv-0426-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| GOMEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On February 6, 2012, the previously assigned district judge revoked plaintiff's in forma pauperis status and directed plaintiff to pay the filing fee for this action within 30 days. ECF No. 45. On April 24, 2012, the previously assigned district judge denied plaintiff's request for reconsideration of the February 6 order. ECF No. 58. On August 5, 2013, these orders were affirmed by U.S. Court of Appeals for the Ninth Circuit. ECF No. 63. The 30-day period set in the February 6 order has expired and plaintiff has not paid the required filing fee.

Accordingly, it is hereby ORDERED that this action is dismissed without prejudice and the Clerk of the Court is directed to close this case.

Dated: September 11, 2013

Troy L. Nunley
United States District Judge